# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 3:14-00179 |
| | ) | Judge Trauger |
| JOSE ARIAS JURADO, et al. | ) | |

## O R D E R

It is hereby **ORDERED** that the trial set for Tuesday, May 19, 2015 is **CONTINUED** to be reset at a status conference to be held in this case on Tuesday, May 19, 2015 at 9:30 a.m. Defendants are excused from attendance at the status conference.

It is so **ORDERED**.

ENTER this 13th day of May 2015.

_____
ALETA A. TRAUGER
U.S. District Judge