# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 3:14-cr-00179 |
| | ) | |
| [2] FELIPE ESQUIREL | ) | Judge Trauger |
| [9] RENE OROZCO-PINEDA | ) | |

## ORDER

The Superseding Indictment in this case was filed on November 19, 2014 (Docket No. 26). It appears from the record that these defendants are fugitives from justice. It further appears that no further proceedings will occur in this case until these defendants are apprehended.

Accordingly, the Clerk is directed to administratively close this case until such time as these defendants are apprehended. This action may be reopened upon motion by the government when further proceedings are to be held. The said closing is for administrative purposes only and shall in no way affect the underlying indictments, warrants, and other filings in this case.

It is so **ORDERED**.

ENTER this 14 th day of March 2018.

_____
ALETA A. TRAUGER
U.S. District Judge